**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PAUL THOMAS WITMER,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | **CIVIL NO. 3:CV-14-2468** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **STEPHEN GLUNT,** *et al.*, | : | |
| | : | |
| **Respondents** | : | |

**O R D E R**

    **AND NOW**, this **23rd** day of **MAY, 2016,** upon consideration of the petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2254, **IT IS HEREBY ORDERED AS FOLLOWS:**

    1.    The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

    2.    A certificate of appealability is **DENIED**.

    3.    Mr. Witmer's Motion to Compel (Doc. 14) is **DENIED.**

    4.    The Clerk of Court shall **CLOSE** this file.

<u>/s/ A. Richard Caputo</u>
**A. RICHARD CAPUTO
United States District Judge**